**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: ORDER FIXING PENALTIES FOR PETTY OFFENSES (FEDERAL PROTECTIVE SERVICE) | No. 1:26- |

**MOTION TO MODIFY COLLATERAL FORFEITURE**
**SCHEDULE FOR OFFENSES OCCURRING ON ANY PROPERTY**
**WITHIN THE CONTROL OF THE FEDERAL PROTECTIVE SERVICE**

NOW COMES the United States of America, by and through Andrew B. Benson, United States Attorney for the District of Maine, and Alisa Ross, Assistant United States Attorney, and hereby requests that the Court issue an order adopting a modified *Collateral Forfeiture Schedule* for specified petty and misdemeanor offenses, pursuant to Federal Rule of Criminal Procedure 58(d) and D. Me. Loc. R. 158. In support of this motion, the Government states the following:

1. Local Rule 158 of the United States District Court for the District of Maine states that a person charged with a petty offense "may, in lieu of appearance, waive appearance and pay the fine amount indicated in the summons and as identified by the fee schedules promulgated by this Court and made publicly available on the Court's website."

2. On February 9, 2010, United States District Court Judge John A. Woodcock, Jr., issued an order setting a schedule of fines for offenses occurring on any property within the control of the Federal Protective Service (hereinafter the "2010 Order").

3. The 2010 Order establishes a plan for persons committing those offenses to dispose of said cases by forfeiting collateral in a fixed amount, in addition to

1

a processing fee set by the Central Violations Bureau, without the necessity of appearing before a United States Magistrate Judge.

4.  The Government now moves the Court to impose the attached proposed *Collateral Forfeiture Schedule* ("proposed Schedule"), and include the following provisions:

   A.  Any officer authorized to make arrests or issue violation notices on any property within the control of FPS for offenses appearing in the proposed Collateral Forfeiture Schedule may issue a Violation Notice, in the form provided by law, for offenses appearing in the proposed Schedule.

   B.  When an officer issues a Violation Notice, the officer or other agent or employee of FPS shall, within a reasonable period of time, forward a copy of the Violation Notice to the Central Violations Bureau at P.O. Box 780549, San Antonia, TX 78278-0549.

   C.  In accordance with Federal Rule of Criminal Procedure 58(d) and Local Rule 158, a person charged by Violation Notice with an offense listed in the attached Schedule – other than an offense for which a mandatory appearance ("MA") is required – may avoid the necessity of appearing in court by paying any processing fee required by the Central Violations Bureau and the collateral forfeiture amount established in the Schedule.  Payments shall be made to:

   > Central Violations Bureau
   > P.O. Box 780549
   > San Antonio, TX  78278-0549

Payments may also be made online at www.cvb.uscourts.gov.

D. An officer may order an offender to appear in court at a specified time and place, in lieu of permitting an offender to pay the collateral forfeiture amount established in the attached Schedule, if the officer concludes that the offense was of an aggravated nature.

E. Nothing in the proposed Order shall restrict the authority of an officer to lawfully arrest an offender.

5. Further, in 2025, the Department of Homeland Security – Federal Protective Service ("FPS") coordinated with the U.S. General Services Administration ("GSA") to revise the Rules and Regulations pertaining to the protection of federal property.  This included the revision of existing prohibited activities found at Title 41, Code of Federal Regulations, Part 102-74, Subpart C, the addition of new prohibited activities, and the placement of the Rules and Regulations under Title 6, Code of Federal Regulations, Part 139.

6. On June 9, 2025, the Department of Homeland Security published new Rules and Regulations that became effective on January 1, 2026, which was later amended to an effective date of November 5, 2025.  On November 5, 2025, these new Rules and Regulations under Title 6 C.F.R. Part 139 became effective and replaced the current GSA Rules and Regulations found at Title 41, Code of Federal Regulations, Part 102-74, Subpart C.

7. The attached proposed Schedule updates the petty offense citations from 41 C.F.R. Part 102-74, Subpart C to 6 C.F.R. Part 139 and includes new regulations governing conduct on federal property not addressed in 41 C.F.R. Part 102-74, Subpart C.

8.  The proposed Schedule has been updated to include the following offenses and proposed collateral forfeiture amounts:

Title 6, Code of Federal Regulations

| SECTION | VIOLATION | PROPOSED FINE IN LIEU OF APPEARANCE |
|---|---|---|
| **PART 139** <br> **Subpart B** | **GENERAL PROVISIONS** | |
| .20(a) | Refusing to permit inspection of packages, briefcases and other containers. | $250 |
| .25(a) | Littering. <br> -- Small amount (bottle, cigarette, etc.) <br> -- Large amount (trash bag, etc.) | <br> $100 <br> $300 |
| .25(b) | Damaging or otherwise changing the appearance of Federal property. | $300 |
| .25(c) | Removing Federal property without proper authority. | $300 |
| .25(d) | Creating any hazard or threat of hazard on Federal property to persons or things. | $250 |
| .25(e) | Throwing articles of any kind from or at Federal property. | $250 |
| .25(f) | Climbing on any statue, fountain, or part of a Federal facility, or any tree, shrub, or plant on Federal property. | $150 |
| .30 | Failing to comply with official signs of a prohibitory, regulatory or directory nature and with the lawful direction of security personnel. | $250 |
| .35(a) | NEW Disorderly conduct, which includes, but is not limited to, assaulting, fighting harassing, intimidating, threatening, or other violent behavior, lewd acts, or the inappropriate disposal of feces, urine, and other bodily fluid. | $250 |
| .35(b) | NEW Wearing a mask, hood, disguise, or device that conceals the identity of the wearer when attempting to avoid detection or identification while violating any Federal, state, or local law, ordinance, or regulation. | $200 |

4

| | | |
|---|---|---|
| .35(c) | Creating a loud or unusual noise, noxious odor, or other nuisance. | $250 |
| .35(d) | Obstructing the usual use, enjoyment, or access to Federal property. | $300 |
| .35(e) | Impeding or disrupting the security inspection process administered by security personnel, the performance of official duties by Federal employees, or the ability of the general public to obtain services provided by the Federal government. | $250 |
| .35(f) | NEW Threatening by any means, including but not limited to by mail, facsimile, telephone, or electronic communications, to commit any crime of violence. | Mandatory Appearance |
| .35(g) | NEW Bathing, wading, or swimming in or polluting any water area. | $100 |
| .35(h) | NEW Camping. | $100 |
| .35(i) | NEW Trespassing, entering, or remaining in or upon areas of Federal property closed to the public. | $250 |
| .35(j) | NEW Consuming tobacco product in all interior space, as well as all courtyards, terraces, and plazas within 25 feet of doorways and air intake ducts. | $100 |
| .35(k) | NEW Causing an unmanned aircraft or system to take off or land on Federal property without express permission. | $250 |
| .35(l) | NEW Using an unmanned aircraft or system to cause interference, damage, destruction, harm, or hazard to Federal property or persons on the property. | Mandatory Appearance |
| .35(m) | NEW Tampering with, accessing, damaging, or interfering with the operation of a computer, digital network, industrial control system or Supervisory Control and Data Acquisition system without proper authorization. | Mandatory Appearance |
| .35(n) | NEW No person, except authorized security personnel or sworn law enforcement officers, may wear, display, present, or possess any indicia of law enforcement or security authority. | Mandatory Appearance |
| .40 | Gambling, operating gambling devices, conducting a lottery or pool, or selling or purchasing gambling tickets. | $200 |
| .45(a) | Being under the influence of, using, possessing, or operating a vehicle while under the influence of any controlled substance as defined in 21 U.S.C. 802, 812, 841. | |

| | | |
|---|---|---|
| | -- Being under the influence of, using or possessing any controlled substance | $400 |
| | -- Operating a vehicle while under the influence of any controlled substance | Mandatory Appearance |
| .45(b) | NEW Possessing drug paraphernalia as defined in 21 U.S.C. 863. | $200 |
| .50 | Consuming, or otherwise being under the influence of alcoholic beverages, possessing an open container of alcohol, or operating a vehicle while under the influence of alcohol. | |
| | Consuming, or otherwise being under the influence of alcoholic beverages, or possessing an open container of alcohol | $400 |
| | Operating a vehicle while under the influence of alcohol. | Mandatory Appearance |
| .55 | Soliciting, begging, or demanding gifts, money, goods, or services. | $150 |
| .60 | Posting, affixing, or distributing materials, such as pamphlets, handbills, flyers, or free samples on Federal property. | $100 |
| .65 | Photographing or creating video, image, or audio recordings of Federal facilities and grounds in a manner that either impedes or disrupts access to or operations or is in violation of security regulations, rules, orders, or Federal court order. | $250 |
| .70(a)(1) | Failing to drive/operate in a careful and safe manner. | $200 |
| .70(a)(2) | NEW Failing to possess a valid driver's or operator's license. | $100 |
| .70(a)(3) | Failing to comply with the lawful signals and directions of security personnel (Vehicle Operation). | $200 |
| .70(a)(4) | Failing to comply with traffic and safety signals and posted signs (Vehicle Operation). | $100 |
| .70(b)(1) | Blocking entrances, driveways, walks, loading platforms, fire hydrants, docking areas, or other passageways. (Vehicle Operation). | $200 |
| .70(b)(2) | Parking on or adjacent to Federal property in unauthorized locations, or contrary to the direction of posted signs(Vehicle Operation). | $100 |

| | | |
|---|---|---|
| .75(a) | Carrying or possessing a firearm or other dangerous weapon, as defined by 18 U.S.C. 921 and 930, either openly or concealed. | Mandatory Appearance |
| .75(b) | Carrying or possessing explosives or items intended to be used to fabricate an explosive or incendiary device, either openly or concealed. | Mandatory Appearance |
| .80 | Bringing animals in or on Federal property for other than official purposes. | $100 |

An offender is also required to pay a processing fee set by the Central Violations Bureau for each ticket. As of March 27, 2026, the processing fee is $30 per ticket.

9. The Government respectfully submits that the proposed forfeiture amount for each violation is reasonable and consistent with the fines allowed for Class C misdemeanor offenses under Title 18 and – where appropriate – consistent with the State of Maine's penalties for violations of Maine law and with the amounts imposed in other districts. *See* 18 U.S.C. § 3571(b)(6) (setting the maximum fine for Class C misdemeanor offenses at not more than $5,000).[1]

10. Based on the collateral forfeiture schedule adopted by the 2010 Order and the information above, the Government requests that the attached *Collateral Forfeiture Schedule* apply to offenders who wish to forfeit collateral through the Central Violations Bureau without the necessity of appearing before a United States Magistrate Judge for the specified offenses. The Government submits that the adoption of the *Collateral Forfeiture Schedule* would be to the benefit and convenience of the parties and the Court.

---

[1] In addition, the Central Violations Bureau requires that each offender pay a processing fee of $30 per ticket. *See* Central Violations Bureau website; *Frequently Asked Questions* (General FAQs), available at: https://www.cvb.uscourts.gov/pay-ticket/help-frequently-asked-questions.

7

**WHEREFORE**, the Government respectfully requests that the Court issue the attached proposed order adopting the modified *Collateral Forfeiture Schedule*, permitting an offender to forfeit collateral in the amount detailed therein without the necessity of appearing before a United States Magistrate Judge.

Dated: March 27, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: */s/ Alisa Ross*
    Alisa Ross
    Assistant U.S. Attorney
    United States Attorney's Office
    202 Harlow Street, Suite 111
    Bangor, ME 04401
    (207) 945-0373
    Alisa.Ross@usdoj.gov